IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| GEORGE HOEY MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:09-CV-1107-ID |
| | ) | (WO) |
| THOMAS CORAM, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Currently before the Court is the Recommendation of the Magistrate Judge (Doc. #6) and the Plaintiffs's Objection to the Recommendation of the Magistrate Judge (Doc. #7). The Court has conducted a *de novo* review of those portions of the Recommendation to which the Plaintiff has objected. After this review, it is CONSIDERED and ORDERED that:

1. The Plaintiff's Objection to the Recommendation of the Magistrate Judge (Doc. #7) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #6) be and the same is hereby ADOPTED, APPROVED, and AFFIRMED;

3. The claims against Defendant Coram be and the same are hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(A)(b)(1), as this complaint is not filed within the time prescribed by the applicable period of limitations; and

4. This case be and the same is hereby DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(A)(b)(1).

The Court will enter a separate final judgment.

Done this the 16th day of July, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE